UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE MORLAN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NAUTILUS, INCORPORATED, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) | CASE NO. 2:05-CV-01927-LKK (DAD) <br><br> **STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT IN ITS ENTIRETY AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between plaintiff LUKE MORLAN ("Plaintiff"), on the one hand, and Defendant NAUTILUS, INC. ("Defendant"), on the other hand, through their respective attorneys of record, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), that this Court shall enter a dismissal with prejudice of all Defendants from Plaintiff's Complaint, Case No. 2:05-CV-01927-LKK (DAD).

**IT IS SO STIPULATED:**

Dated:  _September 7, 2006                     GORDON & REES LLP


                                               By:  /s/ *Jan K. Budding, Jr.*
                                                    Kenneth S. Perri
                                                    Jan K. Buddingh, Jr.
                                                    Attorneys for Defendant
                                                    NAUTILUS, INC.
                                                    SBN: 113740

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: *August 31, 2006* | MAGANA, CATHCART & MCCARTHY |

By: */s/ Charles M. Finkle*
Charles M. Finkle
Attorney for Plaintiff
LUKE MORLAN
SBN: 101673

### ORDER

**IT IS ORDERED THAT** Defendant NAUTILUS, INC. is dismissed with prejudice from Plaintiff's Complaint, Case No. 2:05-CV-01927-LKK (DAD) and that said Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: September 19, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-

STIPULATION AND ORDER FOR DISMISSAL                    2:05-CV-01927-LKK (DAD)

PDF created with pdfFactory trial version www.pdffactory.com